**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 249 EAL 2021
                                     :
           Respondent             :
                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court
           v.                             :
                                       :
NYHEIM REAVES,                   :
                                       :
           Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.